IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WALTER THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>VICTOR HILL, in his individual capacity, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:22-cv-3987-TWT |

### ORDER

This is a civil action. As of this date, this action has been pending for more than six months without any substantial proceedings of record having been taken.

IT IS THEREFORE ORDERED that the above case is hereby DISMISSED pursuant to Local Rule 41.3(A)(3), N.D.Ga.

SO ORDERED, this 30th day of April, 2024.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE