**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| WALTER THOMAS,<br>　　　　　Plaintiff,<br><br>vs.<br><br>VICTOR HILL,<br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO.  1:22-cv-03987-TWT |

## J U D G M E N T

This action having come before the court, Thomas W. Thrash, Jr., United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for want of prosecution pursuant to Local Rule 41.3(A)(3), N.D.Ga.

Dated at Atlanta, Georgia this 2nd day of May, 2024.

　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　s/ J. Brown_____
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
May 2, 2024
Kevin P. Weimer
Clerk of Court

By: s/J. Brown_____
　　　　Deputy Clerk